## COMMISSIONER OF INTERNAL REVENUE v. Hilda H. GERSTLE et al.

### No. 8904.

Circuit Court of Appeals, Ninth Circuit.

July 29, 1938.

James W. Morris, Asst. U. S. Atty. Gen., for petitioner.

Francis W. Murphy, of San Francisco, Cal., for respondents.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of counsel for petitioner, and good cause therefor appearing, ordered petitions to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## COMMISSIONER OF INTERNAL REVENUE v. WOODMERE CEMETERY ASSOCIATION.

### No. 7546.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

Robert H. Jackson, Sewall Key, Herman Oliphant, James W. Morris, Morrison Shafroth, and Frank M. Thompson, all of Washington, D. C., for petitioner.

James K. Watkins, of Detroit, Mich., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.

## WOODMERE CEMETERY ASSOCIATION v. COMMISSIONER OF INTERNAL REVENUE.

### No. 7547.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

James K. Watkins, of Detroit, Mich., for petitioner.

Robert H. Jackson, Sewall Key, Herman Oliphant, James W. Morris, Morrison Shafroth, and Frank M. Thompson, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.